IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
| | Case Number:  5:19-cr-00019-MTT-CHW-3 |
| TERRENCE JACKSON, | * |
| Defendant. | * |

O R D E R

Pursuant to an Appearance Bond dated July 10, 2019, Defendant was released on bond following the payment into the registry of the Court of the sum of $1,000.00. The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $1,000.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to: Larry Jackson

This 30th day of  August, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT