✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 5:19-CR-00019-003 (MTT) |
| **TERRENCE JACKSON** | |

On June 10, 2021, Jackson was sentenced to 52 months in the custody of the Bureau of Prisons followed by 3 years on supervised release after entering a guilty plea to the offense of Conspiracy to Possess with Intent to Distribute and to Distribute Heroin in violation of 21 U.S.C. § 846 i/c/w 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

On November 3, 2023, the supervised release period of 36 months commenced. Terrence Jackson has complied with the rules and regulations of supervised release, he has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended Terrence Jackson be discharged from supervision.

Respectfully submitted,

James O. Poe, III
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  27th  day of  June , 2025.

S/ Marc T. Treadwell

MARC T. TREADWELL
U.S. DISTRICT JUDGE